

11.06.2022 18:00